

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 06- 98 M |
| | ) | |
| SHANNOEN E. MOORE, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION AND ORDER TO SEAL ARREST WARRANT AND FILE**

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Ilana H. Eisenstein, Assistant United States Attorney for the District of Delaware, moves that the Arrest Warrant and File in this case be sealed until the arrest and apprehension of defendant Shannoen E. Moore.

COLM F. CONNOLLY
United States Attorney

By: _____
Ilana H. Eisenstein
Assistant United States Attorney

Dated: August 28, 2006

AND NOW, to wit, this ___ day of _August_____, 2006, upon the foregoing Motion, **IT IS HEREBY ORDERED** that the Arrest Warrant and File in the above-captioned case be sealed until the arrest and apprehension of defendant.

_____
Honorable Mary Pat Thynge
United States Magistrate Judge