AO 470 (8/85) Order of Temporary Detention

# United States District Court

### DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

V.

**ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
BAIL REFORM ACT**

_____ SHANNOEN E. MOORE _____
Defendant

**Case Number: 06-98M (MPT)**

Upon motion of the **Government**, it is ORDERED that a **Preliminary Hearing and**

**Detention Hearing** is set for ____9/8/16____ * at ___11:15 A.M.___

Date                        Time

before___ HONORABLE MARY PAT THYNGE, UNITED STATES MAGISTRATE JUDGE ___

Name of Judicial Officer

COURTROOM #6C, 6TH FLOOR, BOGGS FEDERAL BLDG., 844 KING ST., WILMINGTON, DE

Location of Judicial Officer

Pending this hearing, the defendant shall be held in custody by (the United

States Marshal) (_____)

Other Custodial Official

and produced for the hearing.

___9/4/06___
Date

_Judicial Officer_

_____

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to
three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C.
§3142(f)(2).
    A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present.
Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government;
subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government
or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will
flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or
attempt to threaten, injure, or intimidate a prospective witness or juror.