IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal Action No. 06- 105 |
| | ) |
| SHANNEON E. MOORE, | ) |
| aka Shannon E. Moore, | ) |
| | ) |
| Defendant. | ) |

REDACTED

## INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT ONE

On or about June 14, 2006, in the State and District of Delaware, SHANNEON E. MOORE, defendant herein, did knowingly possess in and affecting interstate and foreign commerce, a firearm, that is, a Kel Tec 9 mm luger, with the serial number 136255, after having been convicted on or about April 8, 2002, of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court in and for New Castle County, Delaware, in violation of Title 18, United States Code, Sections 922(g)(1) & 924(a)(2).

### FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count One of this Indictment, defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in the commission of the offense, including but not limited to the following: (1) a Kel Tec 9 mm luger, with the serial number 136255, and (2) ten 9 mm rounds of ammunition.

FILED
SEP 1 4 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

A TRUE BILL:

_____
Foreperson

COLM F. CONNOLLY
United States Attorney

BY: _____
Hana H. Eisenstein
Assistant United States Attorney

Dated: September 14, 2006