UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| | ) CASE NO. CR 06-105 (JJF) |
| vs. | ) ) |
| Shannoen Moore | ) ) |
| Defendant. | ) |

### O R D E R

The defendant, upon entering a plea of not guilty to the Indictment on *October 12, 2006* requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until *December 6, 2006*. The time between the date of this order and *December 6, 2006* shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161,et seq.).

                                                              Honorable Mary Pat Thynge
                                                              U.S. Magistrate Judge

cc: Defense Counsel
    United States Attorney