## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 06-105-JJF |
| | ) | |
| | ) | |
| SHANNOEN MOORE, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

### MOTION FOR SCHEDULING CONFERENCE

**NOW COMES** the United States and moves for a scheduling conference in the above captioned case. The deadline for pre-trial motions expired on December 6, 2006, and no motions have been filed by the defense. No other motions are currently pending before this Court.

The United States further requests that this Court exclude under the Speedy Trial Act any time from the date of filing of this Motion, until the date of the scheduling conference. The United States submits that the ends of justice served by a continuance would outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. §3161(h)(8)(A).

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY:     /s/Ilana H. Eisenstein
Ilana H. Eisenstein
Assistant United States Attorney

Dated: December 28, 2006

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 06-105-JJF |
| | ) | |
| SHANNOEN MOORE, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

IT IS ORDERED that a scheduling conference is set for _____.

As a continuance would serve the interests of justice, the time between December 28, 2006, and

_____, shall be excludable under the Speedy Trial Act, 18 U.S.C.

§ 3161(h)(8).


_____
Honorable Joseph J. Farnan, Jr.
United States District Court Judge


Dated:

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 06-105-JJF |
| | ) | |
| SHANNOEN MOORE, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I, Jennifer Brown, an employee in the Office of the United States Attorney, hereby certify under penalty of perjury that on December 28, 2006, I electronically filed:

## MOTION FOR SCHEDULING CONFERENCE

with the Clerk of Court using CM/ECF.  Said document is available for viewing and downloading from CM/ECF, which will send notification of such filing(s) to the following:

Eleni Kousoulis
Assistant Public Defender
District of Delaware
704 King Street, Suite 110
Wilmington, DE 19801

    /s/Jennifer Brown
    Jennifer Brown