IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,          :
                                   :
          Plaintiff,               :
                                   :
     v.                            :          Criminal Action No. 06-105 JJF
                                   :
SHANNEON E. MOORE,                 :
                                   :
          Defendant.               :

**O R D E R**

WHEREAS, on October 12, 2006, the above named Defendant entered a plea of not guilty to the charge pending in this Court;

WHEREAS, no pretrial motions have been filed;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1.  A conference pursuant to Federal Rule of Criminal Procedure 17.1 will be held on **Wednesday, January 17, 2007 at 1:00 p.m.,** in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.  Because this conference is intended for scheduling only, the appearance of Defendant is not required by the Court.

2.   The time between the date of this Order and January 17, 2007, shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 et seq.).

December 29, 2006
_____                    _____
        DATE                               UNITED STATES DISTRICT JUDGE

FILED

JAN  3 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE