IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 06-105-JJF |
| | : | |
| SHANNEON E. MOORE, | : | |
| | : | |
| Defendant. | : | |

**MOTION FOR CONTINUANCE OF SCHEDULING CONFERENCE**

Defendant, Shanneon Moore, by and through his undersigned counsel, Eleni Kousoulis, hereby moves the Court for an order continuing the scheduling conference in this case.  In support of the motion, the defense submits as follows:

1.      A scheduling conference pursuant to Federal Rule of Criminal Procedure 17.1 is scheduled for January 17, 2007 at 1:00 p.m.

2.      Defense counsel will be in New Orleans at a training seminar from January 17, 2007 through January 21, 2007, and unavailable for the scheduling conference.

3.      AUSA Ilana Eisenstein, the attorney handling this case for the government, is out of the office until January 12, 2007, and defense counsel was not able to reach her to find out the government's position on this continuance request.

WHEREFORE, it is respectfully requested that the scheduling conference in this case be continued until anytime afer January 21, 2007.

Respectfully Submitted,

/s/
Eleni Kousoulis, Esquire
Assistant Federal Public Defender
704 King Street, Suite 110
Wilmington, Delaware 19801
Attorney for Defendant Shanneon Moore

DATED:    January 10, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 06-105-JJF |
| | : | |
| SHANNEON E. MOORE, | : | |
| | : | |
| Defendant. | : | |

## **CERTIFICATE OF SERVICE**

The undersigned attorney for defendant Shanneon Moore hereby certifies that a copy of

Defendant's Motion for Continuance of Scheduling Conference is available for public viewing and

downloading and was electronically delivered on January 10, 2007, to:

Ilana Eisenstein, Esquire
Assistant U.S. Attorney
1007 Orange Street
Suite 700, P.O. Box 2046
Wilmington, DE   19899-2046

/s/
Eleni Kousoulis, Esquire
Assistant Federal Public Defender
704 King Street, Suite 110
Wilmington, Delaware  19801
Attorney for Defendant Shanneon Moore

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE


UNITED STATES OF AMERICA,       :
                                    :

         Plaintiff,        :

                                     :

     v.                 :       Criminal Action No. 06-105-JJF

                                     :

                                     :

SHANNEON E. MOORE,      :

                                     :

        Defendant.      :


## ORDER

In response to the defense request for a continuation of the scheduling conference in this case,

this Court HEREBY ORDERS on this _____day of _____, 2007, that Defendant

Moore's scheduling conference be re-scheduled for the _____ day of _____, 2007

at _____ a.m./p.m.


_____
The Honorable Joseph J. Farnan
United States District Court