IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,           :
                                    :
        Plaintiff,                  :
                                    :
v.                                  :   Criminal Action No. 06-105-JJF
                                    :
                                    :
SHANNEON E. MOORE,                  :
                                    :
        Defendant.                  :

## ORDER

In response to the defense request for a continuation of the scheduling conference in this case, this Court HEREBY ORDERS on this _11_ day of _January_, 2007, that Defendant Moore's scheduling conference be re-scheduled for the ~~___ day of~~ _TBD_, 2007 ~~at _____ a.m./p.m.~~

_____
The Honorable Joseph J. Farnan
United States District Court

