IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 06-105 JJF |
| SHANNEON E. MOORE, | : | |
| Defendant. | : | |

## O R D E R

WHEREAS, on October 12, 2006, the above named Defendant entered a plea of not guilty to the charge pending against him in this Court;

WHEREAS, the Court granted defense counsel's Motion to Continue the Scheduling Conference set for January 17, 2007 (D.I. 17);

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. A conference pursuant to Federal Rule of Criminal Procedure 17.1 will be held on **Wednesday, February 7, 2007 at 10:30 a.m.,** in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware. Because this conference is intended for scheduling only, the appearance of Defendant is not required by the Court.

2. The time between the date of this Order and February 7, 2007, shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 et seq.).

January 18, 2007                             Joseph J. Farnan Jr.
    DATE                                   UNITED STATES DISTRICT JUDGE

FILED
JAN 19 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE