IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 06-105 JJF |
| SHANNEON E. MOORE, | : | |
| Defendant. | : | |

**O R D E R**

WHEREAS, the Court has received a Memorandum of Plea Agreement in the above-captioned case (D.I. 19);

WHEREAS, the Court will hold a Rule 11 hearing on Defendant's proposed guilty plea;

NOW THEREFORE, IT IS ORDERED that:

1. The Scheduling Conference set for February 7, 2007 at 10:30 is cancelled.

2. A Rule 11 hearing will be held on **Friday, February 16, 2007, at 12:30 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

3. The time between the date of this Order and February 16, 2007 shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 et seq.).

FILED
JAN 3 0 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

January 30, 2007
DATE

UNITED STATES DISTRICT JUDGE