IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v | : | Criminal Action No. 06-105-JJF |
| | : | |
| SHANNEON MOORE | : | |
| | : | |
| Defendant. | : | |

## ORDER

Having considered Defendant's Motion for Continuance of Rule 11 (Change of Plea) Hearing, **IT IS HEREBY ORDERED** this __7__ day of __February__, 2007, that Defendant Moore's Rule 11 (Change of Plea) Hearing shall be rescheduled to the __2__ day of __MARCH__, 2007, at __9:30__ a.m./~~p.m.~~

Honorable Joseph J. Farnan, Jr.
United States District Court



FILED
FEB 7 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE